# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **FEDEX CORPORATION and SUBSIDIARIES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** ) | Case No. 2:20-cv-02794-SHM-tmp |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on April 15, 2021. Participating on behalf of the plaintiff were Cameron Reilly, George M. Clarke, III, Peter D. Blumberg, Richard R. Roberts, and Joseph Judkins. Participating on behalf of the defendant were Cory A. Johnson, Nishant Kumar, and Elisabeth Bruce. The following schedules and deadlines were established:

**JOINING PARTIES:** June 14, 2021

**AMENDING PLEADINGS:** April 30, 2021, for Plaintiff

                                       May 30, 2021, for Defendant

**COMPLETING FACT DISCOVERY:**

    **(a)**     **WRITTEN DISCOVERY:** March 31, 2022

    **(b)**     **DEPOSITIONS:** March 31, 2022

    **(c)**     **MOTIONS TO COMPEL DISCOVERY**: to be filed and served within forty-five days of the default or the service of the response, answer, or objection, which is the subject of the motion, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

**EXPERT WITNESS DISCLOSURES:**  The parties will evaluate whether experts would be helpful and advise the Court by April 5, 2022, if they determine that they would be, and then also seek an appropriate amendment of the schedule.

**TRIAL:**  The parties currently do not anticipate the need for a trial in this case.  The parties will inform the Court if they determine that a trial is necessary, and then also seek an appropriate amendment of the schedule.

**POST-DISCOVERY CONFERENCE:**  The parties will appear before the Court at a status conference on April 5, 2022.  At this conference, the parties will discuss with the Court a future trial date or a summary judgment briefing schedule.

  Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

  SO ORDERED this 15th  day of April, 2021.

           **s/ Samuel H. Mays, Jr.**
           SAMUEL H. MAYS, JR.
           UNITED STATES DISTRICT JUDGE