**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

---

**NOTICE OF SETTING**
Before Judge Samuel H. Mays, Jr., United States District Judge

---

March 18, 2021

      RE:    20-2794-SHM/atc
                  FedEx Corporation and Subsidiaries v. United States of America

Dear Sir/Madam:

     A **TELEPHONIC STATUS CONFERENCE** has been **SET** before Judge Samuel H. Mays, Jr. on **THURSDAY, MARCH 10, 2022** at 1:45 P.M.

     Counsel participating in the telephone conference should call in to the following conference line:

     Dial-in Number:     1-877-848-7030
     Access Code:       5600724#
     Participant Password: 2794#

     If you have any questions, please contact me at the number provided below or contact Mr. Jairo Mendez, the Court's case manager, at 901-495-1217 or Jairo_Mendez@tnwd.uscourts.gov.

                                                Sincerely,

                                               /s/ *Daphne E. Rankin*
                                               Daphne E. Rankin, Chambers Paralegal
                                             901-495-1283
                                             E-mail: Daphne_Rankin@tnwd.uscourts.gov