# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **FEDEX CORPORATION and SUBSIDIARIES,** | ) ) ) |
| **Plaintiff,** | ) ) ) Case No. 2:20-cv-02794-SHM-tmp |
| vs. | ) ) |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| **Defendant.** | |

## AMENDED SCHEDULING ORDER

Pursuant to written notice, a status conference was held on March 10, 2022. Participating on behalf of the plaintiff was Joseph Judkins. Participating on behalf of the defendant was Cory A. Johnson. The following amended schedules and deadlines were established:

**COMPLETING FACT DISCOVERY:**

 **(a)**   **WRITTEN DISCOVERY:** April 29, 2022

 **(b)**   **DEPOSITIONS:** May 31, 2022

 **(c)**   **MOTIONS TO COMPEL DISCOVERY**: to be filed and served within forty-five days of the default or the service of the response, answer, or objection, which is the subject of the motion, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

**TRIAL:** The parties currently do not anticipate the need for a trial in this case. The parties will inform the Court if they determine that a trial is necessary, and then also seek an appropriate amendment of the schedule.

**POST-DISCOVERY CONFERENCE:** The parties will appear before the Court at a status conference on June 3, 2022. At this conference, the parties will discuss with the Court a future trial date or a summary judgment briefing schedule.

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

SO ORDERED this 10th day of March, 2022.

                                           **s/ Samuel H. Mays, Jr.**
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE