**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division

*Wendy R. Oliver, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee 38301*
*(901) 495-1200*  *(731) 421-9200*

**NOTICE OF SETTING**
Before Judge Samuel H. Mays, Jr., United States District Judge

February 23, 2024

Re:   20-2794-SHM/tmp
      FedEx Corporation and Subsidiaries v. United States of America

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE** has been **SET** before Judge Samuel H. Mays, Jr. on **TUESDAY, APRIL 2, 2024** at 1:30 P.M. (CST).

To participate in the conference, counsel should call in to the following conference line:

Dial-in Number:        1-877-848-7030
Access Code:           5600724#
Participant Password: 2794#

If you have any questions, please contact me at the number provided below or contact Mr. Jairo Mendez, the Court's case manager, at 901-495-1217 or Jairo_Mendez@tnwd.uscourts.gov.

Sincerely,

/s/ Daphne E. Rankin

Daphne E. Rankin, Chambers Paralegal
901-495-1283
E-mail: Daphne_Rankin@tnwd.uscourts.gov