```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

| | |
|---|---|
| FEDEX CORPORATION AND SUBSIDIARIES, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 20-cv-02794-SHM-tmp |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND

Before the court is the United States of America's Motion to Extend the Time Period to Respond to the Motion for Judgment filed be FedEx Corporation and Subsidiaries ("FedEx") and to continue the conference set for April 2, 2024.[1] (ECF No. 53.) As ordered by undersigned, FedEx submitted an expedited response on March 14, 2024. (ECF No. 55.) For good cause shown, the undersigned GRANTS the motion to extend the deadline to respond to April 12, 2024. The conference set for April 2, 2024, will be continued and reset for a later date.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

---

[1] The undersigned is entering this order pursuant to Administrative Order 2024-07.

- 2 -

March 15, 2024
Date

- 2 -