UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee   38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Judge Samuel H. Mays, Jr., United States District Judge

April 17, 2025

RE: 20-2794-SHM-tmp
**FEDEX CORPORATION and SUBSIDIARIES v. United States of America**

Dear Sir/Madam:

The **TELEPHONE STATUS CONFERENCE** has been **SET** for **WEDNEDAY, APRIL 23, 2025** at **2:00 P.M.** before **Judge Samuel H. Mays, Jr., Federal Building, Memphis, Tennessee**.

Parties will be informed of the phone number and access code via email by the Courtroom Deputy.

If you have any questions, please contact me by e-mail or at the number provided below, or contact Ms. Daphne Rankin at (901) 495-1283.

Sincerely,
WENDY R. OLIVER, CLERK

BY:   S/ *Jairo Mendez*
Jairo Mendez, Case Manager
901-495-1217
E-mail: jairo_mendez@tnwd.uscourts.gov